UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Crosson

      Plaintiff,

v.                                          Case No. 14-13607

Commissioner of Social              Honorable Sean F. Cox
Security,

      Defendant.
_____/

## ORDER ADOPTING
## 2/16/16 REPORT AND RECOMMENDATION

      Plaintiff filed this action under 42 U.S.C. § 405(g), challenging a final decision of the Commissioner of Social Security denying his application for disabled child's insurance benefits under the Social Security Act. The matter was referred to Magistrate Judge Elizabeth Stafford for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C). Thereafter, the parties filed motions for summary judgment.

      On February 16, 2016, Magistrate Judge Stafford issued a Report and Recommendation ("R&R") (Docket Entry No. 17) wherein she recommends that: 1) the Commissioner's motion be DENIED; 2) Plaintiff's motion be GRANTED; and 3) the Commissioner's decision be REVERSED and REMANDED for an award of benefits pursuant to sentence four of 42 U.S.C. § 405(g).

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

1

matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby **ADOPTS** the February 16, 2016 R&R.

**IT IS FURTHER ORDERED** that: 1) the Commissioner's motion is **DENIED**; 2) Plaintiff's motion is **GRANTED**; and 3) the Commissioner's decision is **REVERSED and REMANDED** for an award of benefits pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated:  March 7, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2016, by electronic and/or ordinary mail.

                                      S/Jennifer McCoy
                                      Case Manager